*[Signature: Bruce T Beesley]*
Honorable Bruce T. Beesley
United States Bankruptcy Judge

Entered on Docket
March 19, 2021

---

SEAN P. PATTERSON, Esq.
STATE BAR NUMBER 5736
232 Court Street
Reno, Nevada 89501
(775) 786-1615

Electronically Filed
3-18-21

Attorney for Debtors

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| IN RE:<br>    JANEESE L. WILSON<br>    JERALD W. WILSON<br><br>                      Debtor.<br>_____/ | Case No. BK-N-19-50967-BTB<br>(Chapter 13)<br>**ORDER APPROVING MOTION**<br>**FOR POST-PETITION CREDIT**<br>**(PURCHASE OF VEHICLE)**<br>Hearing Date: 3-18-21<br>Hearing Time: 10:00 a.m.<br>Time Required: 2 Minutes |

The Debtors, by and through their attorney, SEAN P. PATTERSON, Esq. having filed a Motion for Approval of Post-Petition Credit on March 10, 2021. This was done an Order Shortening time granted by this court on March 15, 2021.

The debtors sought a court order allowing them to purchase a 2014 Lexus RX450 from Dolan Lexus. There having been no opposition filed herein in response to this motion. In addition, there was no appearance by opposing counsel at the hearing.

1

After proper notice and a hearing, the following is **HEREBY ORDERED**:

1. That this court enter an order allowing the Debtor to purchase 2014 Lexus RX450 from Dolan Lexus for the terms set forth in the motion.

2. That Counsel shall be paid $250 in attorneys fees from the Chapter 13 Trustee.

3. That Miss Kay be given other such relief the Court finds appropriate under the circumstances.

RESPECTFULLY SUBMITTED this 18th day of March, 2021.

/s/ SEAN P. PATTERSON, ESQ.
Attorney for Debtors

**DECLARATION IN SUPPORT OF ORDER**

In accordance with LR 9021, counsel submitting this document certifies as follow:

___***___ I certify I did not receive any opposition to the motion and no parties appeared at the hearing in opposition to this motion.

Dated this __18th__ day of March, 2021.

_____
SEAN P. PATTERSON, Esq.