# United States Bankruptcy Court
For The
District of Nevada

| | | |
|---|---|---|
| **IN RE:** | | CASE No. 19-50967-BTB |
| JANEESE L. WILSON<br>2050 LONGLEY LANE #1806<br>RENO, NV 89502 | JERALD W. WILSON<br>2050 LONGLEY LANE #1806<br>RENO, NV 89502 | SS #1 XXX-XX-9009<br>SS #2 XXX-XX-5496 |

### CHAPTER 13 TRUSTEE'S NOTICE TO DEBTOR(S) AND CREDITORS
### OF FILED CLAIMS, CLASSIFICATION, AND PROPOSED DISTRIBUTION

TO DEBTOR(S), ALL CREDITORS AND PARTIES IN INTEREST:

PLEASE TAKE NOTICE that William A. Van Meter, Chapter 13 Bankruptcy Trustee, has reviewed the Clerk of the U. S. Bankruptcy Court, District of Nevada, Claims Register and each individual Proof of Claim filed in the above entitled case after the Claims Bar Date.

PLEASE TAKE FURTHER NOTICE that the above named Debtor(s), each creditor and all other parties in interest must verify that their respective claim(s) filed with the Clerk contains the same information set forth on the attached List of Scheduled and Filed Claims to include but not limited to: (1) the creditor's claim was filed or not filed; (2) the creditor's address to receive payments is accurate; (3) the claim amount is accurate; (4) that the classification of the creditor's claim as either "secured", "priority", "unsecured", "direct pay by debtor", "not filed" or such other applicable classification, is accurate; (5) and that the treatment and payment of each creditor's claim including, if appropriate, the payment of and rate of interest, is accurate in accordance with Order(s) Confirming Chapter 13 Plan.

PLEASE TAKE FURTHER NOTICE that if the creditor's claim, as filed with the Clerk of the Bankruptcy Court, is not accurate for any reason, including the reasons set forth above, then you must timely file a written objection to the CHAPTER 13 TRUSTEE'S NOTICE TO DEBTOR(S) AND CREDITORS OF FILED CLAIMS, CLASSIFICATION, AND PROPOSED DISTRIBUTION on or before ** 30 days from date filed **. The written objection must be filed or e-filed with the Clerk of the U.S. Bankruptcy Court, 300 Booth Street, Reno, Nevada 89509 and served, if applicable, upon any appropriate creditor's, the debtor(s), debtor's attorney and the Chapter 13 Bankruptcy Trustee whose mailing address is P.O. Box 6630, Reno, NV 89513, along with the date, time and place of the hearing on the objection.

PLEASE TAKE FURTHER NOTICE that in the ahsence of a written objection, the Debtor(s), creditors and parties in interest listed below shall be deemed to have approved the CHAPTER 13 TRUSTEE'S NOTICE TO DEBTOR(S) AND CREDITORS OF FILED CLAIMS, CLASSIFICATION, AND PROPOSED DISTRIBUTION. No further Order of the Court will be entered in the absence of any objection to this notice.

NOTICE IS HEREBY GIVEN that the following List of Scheduled and Filed Claims is a recapitulated itemization of all proofs of claim filed and not filed, classification of claims, and proposed distribution. The Plan provides that the Debtor will pay a specific dollar amount into the Plan. The exact percentage of distribution to unsecured non-priority claims will depend upon the amount of all claims ultimately allowed in this case.

# United States Bankruptcy Court
For The
District of Nevada

| | | CASE No. 19-50967-BTB |
|---|---|---|
| IN RE: | | |
| JANEESE L. WILSON | JERALD W. WILSON | SS #1 XXX-XX-9009 |
| 2050 LONGLEY LANE #1806 | 2050 LONGLEY LANE #1806 | SS #2 XXX-XX-5496 |
| RENO, NV 89502 | RENO, NV 89502 | |

## LIST OF SCHEDULED AND FILED CLAIMS

| CLAIM # | NAME AND ADDRESS OF CREDITOR | AMOUNT | Expected Dist. | CLASSIFICATION |
|---|---|---|---|---|
| 001 | UNITED STATES TREASURY/IRS-SPS / P.O. BOX 7346 PHILADELPHIA, PA 19101-7346 | 6,612.22 | 6,612.22 | Priority |
| 002 | CAPITAL ONE BANK / AMERICAN INFOSOURCE 4515 N. SANTA FE AVENUE / OKLAHOMA CITY, OK 73118 | 2,768.89 | PRORATA | Unsecured |
| 003 | GLOBAL LENDING SERVICE LLC. / 1200 BROOKFIELD BLVD. SUITE 300 / GREENVILLE, SC 29603 | 11,906.73 | .00 | Secured |
| | This claim is an allowed claim because a proof of claim has been filed but the Debtor's confirmed plan does not provide that the claim is to be paid by the Trustee. Accordingly, the claim will not be paid by the Trustee. It is anticipated that the creditor will seek stay relief because the plan did not adequately provide for the claim or that the Debtor will object to the claim, pay the claim directly or seek to modify the plan to provide for the claim. | | | |
| 004 | CAPITAL ONE, N.A. / BECKET AND LEE LLP P.O. BOX 3001 / MALVERN, PA 19355-0701 | 601.31 | PRORATA | Unsecured |
| 005 | CAPITAL ONE, N.A. / BECKET AND LEE LLP P.O. BOX 3001 / MALVERN, PA 19355-0701 | 579.00 | PRORATA | Unsecured |
| 006 | WELLS FARGO BANK / PO BOX 130000 RALEIGH, NC 27605 | 5,201.94 | PRORATA | Unsecured |
| 006 | WELLS FARGO BANK / PO BOX 130000 RALEIGH, NC 27605 | 3,800.00 7.0000% 01/23/2020 | 3,800.00 | Secured |
| 007 | ATLAS ACQUISITIONS, LLC / 210 RIVER STREET SUITE 23 / HACKENSACK, NJ 07601 | 1,118.10 7.0000% 01/23/2020 | 1,118.10 | Secured |
| 008 | AMERICAN INFOSOURCE / 4515 N. SANTA FE AVE. OKLAHOMA CITY, OK 73118 | 2,161.35 | PRORATA | Unsecured |
| 102 | KAY JEWELERS / 375 GHENT ROAD AKRON, OH 44333 | None | None | Not Filed .00 |
| 105 | LAW ENFORCEMENT SYSTEMS, LLC / P.O. BOX 2182 MILWAUKEE, WI 53201-2182 | None | None | Not Filed .00 |
| 106 | APRIA HEALTHCARE / P.O. BOX 31001-1157 PASADENA, CA 91110-1157 | None | None | Not Filed .00 |
| 107 | ASSOC. FAMILY PHYS. OF SOLANO / 100 HOSPITAL DR. SUITE 304 VALLEJO, CA 94589 | None | None | Not Filed .00 |
| 110 | CREDIT MANAGEMENT SVC / 105 N. WHEELER AVENUE GRAND ISLAND, NE 68801 | None | None | Not Filed .00 |
| 112 | THE GOLDEN ONE CREDIT UNION / P.O. BOX 15966 SACRAMENTO, CA 95852 | None | None | Not Filed .00 |

# United States Bankruptcy Court
For The
District of Nevada

| | | CASE No. 19-50967-BTB |
|---|---|---|
| IN RE: | | |
| JANEESE L. WILSON<br>2050 LONGLEY LANE #1806<br>RENO, NV 89502 | JERALD W. WILSON<br>2050 LONGLEY LANE #1806<br>RENO, NV 89502 | SS #1 XXX-XX-9009<br>SS #2 XXX-XX-5496 |

## LIST OF SCHEDULED AND FILED CLAIMS

| CLAIM # | NAME AND ADDRESS OF CREDITOR | AMOUNT | Expected Dist. | CLASSIFICATION |
|---|---|---|---|---|
| 113 | I.C. SYSTEM INC. / PO BOX 64378<br>SAINT PAUL, MN 55164-4378 | None | None | Not Filed<br>.00 |
| 115 | MEDI-CAL FOR FAMILIES / PO BOX 138011<br>SACRAMENTO, CA 95813 | None | None | Not Filed<br>.00 |
| 116 | NISSAN MOTOR ACCEPTANCE / P.O. BOX 660366<br>DALLAS, TX 75266-0366 | None | None | Not Filed<br>.00 |
| 117 | PATENAUDE & FELIX, APC / 7271 WEST CHARLESTON BLVD.<br>SUITE 110 / LAS VEGAS, NV 89117-1683 | None | None | Not Filed<br>.00 |
| 118 | PRA RECEIVABLES MANAGEMENT, L.L.C. / PORTFOLIO RECOVERY ASS<br>P.O. BOX 41067 / NORFOLK, VA 23541 | None | None | Not Filed<br>.00 |
| 119 | REDWOOD EYE CENTER / 2852 REDWOOD PARKWAY<br>VALLEJO, CA 94591 | None | None | Not Filed<br>.00 |
| 120 | SPECTRUM - CHARTER RECOVERIES / 12238 SILICON DRIVE<br>SUITE 129 / SAN ANTONIO, TX 78249 | None | None | Not Filed<br>.00 |
| 121 | TIFFANY & BOSCO, P.A. / 10100 W. CHARLESTON BLVD.<br>suite 220 / LAS VEGAS, NV 89135 | None | None | Not Filed<br>.00 |
| 122 | EXETER FINANCE LLC / AIS PORTFOLIO SERVICES<br>4515 N. SANTA FE AVE. DPET. APS / OKLAHOMA CITY, OK 73118 | None | None | Not Filed<br>.00 |
| 125 | GLOBAL LENDING SERVICE LLC. / 1200 BROOKFIELD BLVD.<br>SUITE 300 / GREENVILLE, SC 29603 | None | None | Not Filed<br>.00 |
| 799 | SEAN P. PATTERSON, ESQ. / 232 COURT STREET<br>RENO, NV 89501 | 3,400.00 | 3,400.00 | Attorney |

Total    38149.54

Dated:  5/13/2021

/s/ Mary Rivinius

Mary Rivinius

0526-4V-EPIB4V-00022161-301215

# United States Bankruptcy Court
### District of Nevada

In Re:  
JANEESE L. WILSON  
JERALD W. WILSON  

    Debtor(s)

CASE NO: 19-50967-BTB  
CHAPTER 13  
CERTIFICATE OF SERVICE

On  __05/13/2021__  I served the CHAPTER 13 TRUSTEE'S NOTICE TO DEBTOR(S) AND CREDITORS OF FILED CLAIMS, CLASSIFICATION AND PROPOSED DISTRIBUTION by United States mail, postage fully prepaid to the persons on the attached list.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  __05/13/2021__

/s/ Mary Rivinius  
Mary Rivinius

In Re:  
JANEESE L. & JERALD W. WILSON  
Debtor(s)

CASE NO: 19-50967-BTB  
CHAPTER 13  
CERTIFICATE OF SERVICE

JANEESE L. & JERALD W. WILSON  
2050 LONGLEY LANE #1806 RENO, NV 89502

UNITED STATES TREASURY/IRS-SPS  
P.O. BOX 7346 PHILADELPHIA, PA 19101-7346

CAPITAL ONE BANK  
AMERICAN INFOSOURCE 4515 N. SANTA FE AVENUE OKLAHOMA CITY, OK 73118

GLOBAL LENDING SERVICE LLC.  
1200 BROOKFIELD BLVD. SUITE 300 GREENVILLE, SC 29603

CAPITAL ONE, N.A.  
BECKET AND LEE LLP P.O. BOX 3001 MALVERN, PA 19355-0701

WELLS FARGO BANK  
PO BOX 130000 RALEIGH, NC 27605

ATLAS ACQUISITIONS, LLC  
210 RIVER STREET SUITE 23 HACKENSACK, NJ 07601

AMERICAN INFOSOURCE  
4515 N. SANTA FE AVE.  OKLAHOMA CITY, OK 73118

KAY JEWELERS  
375 GHENT ROAD AKRON, OH 44333

LAW ENFORCEMENT SYSTEMS, LLC  
P.O. BOX 2182 MILWAUKEE, WI 53201-2182

APRIA HEALTHCARE  
P.O. BOX 31001-1157 PASADENA, CA 91110-1157

ASSOC. FAMILY PHYS. OF SOLANO  
100 HOSPITAL DR. SUITE 304 VALLEJO, CA 94589

CREDIT MANAGEMENT SVC  
105 N. WHEELER AVENUE GRAND ISLAND, NE 68801

THE GOLDEN ONE CREDIT UNION  
P.O. BOX 15966 SACRAMENTO, CA 95852

I.C. SYSTEM INC.  
PO BOX 64378 SAINT PAUL, MN 55164-4378

MEDI-CAL FOR FAMILIES  
PO BOX 138011 SACRAMENTO, CA 95813

NISSAN MOTOR ACCEPTANCE  
P.O. BOX 660366 DALLAS, TX 75266-0366

PATENAUDE & FELIX, APC  
7271 WEST CHARLESTON BLVD. SUITE 110 LAS VEGAS, NV 89117-1683

PRA RECEIVABLES MANAGEMENT, L.L.C.  
PORTFOLIO RECOVERY ASSOCIATES, LLC P.O. BOX 41067 NORFOLK, VA 23541

REDWOOD EYE CENTER  
2852 REDWOOD PARKWAY VALLEJO, CA 94591

SPECTRUM - CHARTER RECOVERIES  
12238 SILICON DRIVE SUITE 129 SAN ANTONIO, TX 78249

TIFFANY & BOSCO, P.A.  
10100 W. CHARLESTON BLVD. suite 220 LAS VEGAS, NV 89135

EXETER FINANCE LLC  
AIS PORTFOLIO SERVICES 4515 N. SANTA FE AVE. DPET. APS OKLAHOMA CITY, OK 73118

SEAN P. PATTERSON, ESQ.  
232 COURT STREET RENO, NV 89501